Mark Borghese, Esq.
Nevada Bar No. 6231
*mborghese@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARALD RICHTER, an individual, | Case No.: 2:10-cv-01948-KJD-RJJ |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TELETYPESETTING CO., INC. d/b/a TELETYPE CO., | |
| Defendant. | |

Plaintiff and Defendant, by and through their attorneys of record, stipulate and agree as follows:

1. That all claims in this action are dismissed with prejudice;

2. That each party shall bear its own attorney's fees and costs;

3. That this order shall resolve this entire matter and act as a final order of this Court; and

/ / /

/ / /

/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

MRB-W-3191.doc                1

4. That upon the entry of this order this matter shall be closed by this Court.

DATED:   1/31/2011                             DATED:   1/31/2011

**WEIDE & MILLER, LTD.**                       **LEWIS AND ROCA, LLP**

  */s/ Mark Borghese*                             */s/ W. West Allen*
By:_____                   By:_____
   Mark Borghese, Esq.                            W. West Allen, Esq.
   7251 W. Lake Mead Blvd., Suite 530             Jonathan W. Fountain, Esq.
   Las Vegas, NV  89128                           3993 Howard Hughes Parkway, Suite 600
   Attorneys for Plaintiff                        Las Vegas, NV 89169
                                                  Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:  3/25/2011

MRB-W-3191.doc                    2